# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

Sonja Eddings Brown,

    Plaintiff,

v.

Parker J. Collier,

    Defendant.

Case No. 2:24-cv-00369-JLB-NPM

## PLAINTIFF SONJA EDDINGS BROWN'S
## SUPPLEMENTAL RULE 1.11(b)(7) NOTICE

Pursuant to the Court's May 1, 2024 Text Order (Doc. 10), Plaintiff Sonja Eddings Brown ("Plaintiff") respectfully supplements her April 23, 2024 motion to seal the complaint (the "Motion to Seal") with the following statement:

In accordance with Local Rule 1.11(b)(7), Plaintiff certifies that non-party Collier Enterprises Management Inc. has an interest in establishing or maintaining the seal, since it is a party to the February 14, 2020 contract that is the subject of the Motion to Seal. Collier Enterprises Management Inc. can be reached via its counsel:

> Lee Stapleton
> Carlton Fields, P.A.
> 700 NW 1st Avenue, Suite 1200
> Miami, FL 33136
> LStapleton@carltonfields.com
> (305) 530-4076

Undersigned counsel certifies that a copy of the Motion to Seal was transmitted to Collier Enterprises Management Inc. via email to its counsel on May 3, 2024.

Dated: May 3, 2024

/s/ *Olga M. Vieira*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Olga M. Vieira (Fla. Bar No. 29783)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
olgavieira@quinnemanuel.com

Crystal Nix-Hines (*pro hac vice* forthcoming)
Viola Trebicka (*pro hac vice* forthcoming)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com
violatrebicka@quinnemanuel.com

Brendan Carroll (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
brendancarroll@quinnemanuel.com

Secondary:
michaelalvarez@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of May, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/  *Olga M. Vieira*

Olga M. Vieira