**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Sonja Eddings Brown,

    Plaintiff,                                   Case No. 2:24-cv-00369-JLB-NPM

v.

Parker J. Collier,

    Defendant.

___

## Unopposed Motion for Special Admission

Crystal Nix-Hines, Esquire, moves for special admission to represent Sonja Eddings Brown in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Central District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared *pro hac vice* in the last thirty-six months in these cases in state or federal court in Florida:

***Not applicable.***

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Date: May 29, 2024

Respectfully submitted,

/s/   *Crystal Nix-Hines*
Crystal Nix-Hines
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com

*Attorney for Plaintiff*

**Local Rule 3.01(g) Certification**

The undersigned certifies that counsel for Plaintiff Sonja Eddings Brown has conferred with counsel for Defendant Parker J. Collier on May 24, 2024, and said counsel does not oppose this special admission.

Date: May 29, 2024

/s/   *Olga M. Vieira*
Olga M. Vieira
Fla. Bar No. 29783
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33131
Tel: (305) 496-2988
olgavieira@quinnemanuel.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that I served a copy of this motion by email on:

*THOMAS E. SCOTT (FBN 149100)*
*COLE, SCOTT & KISSANE P.A.*
*9150 South Dadeland Blvd, Suite 1400*
*Miami, Florida 33156*
*(305) 350-5385*

*MICHAEL S. NADEL (pro hac vice pending)*
*JENNIFER B. ROUTH (pro hac vice pending)*
*AMANDA J. SMITH (pro hac vice pending)*
*MCDERMOTT WILL & EMERY LLP*
*500 North Capitol Street, N.W.*
*Washington, D.C. 20001*
*(202) 756-8000*

*Attorneys for Defendant Parker J. Collier*

/s/  Olga M. Vieira
Olga M. Vieira
Fla. Bar No. 29783
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorney for Plaintiff*