UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SONJA EDDINGS BROWN,<br>      Plaintiff,<br><br>v.<br><br>PARKER J. COLLIER,<br>      Defendants. | Case No. 2:24-cv-369-JLB-NPM<br><br>Judge John L. Badalamenti<br>Magistrate Judge Nicholas P. Mizell |

**DEFENDANT PARKER J. COLLIER'S DISCLOSURE STATEMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐ No.

    ☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

    Parker J. Collier of Florida.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Miles C. Collier
Collier Enterprises Management, Inc.
Collier Enterprises, Inc.

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☐ No.

☒ Yes, and this is the entity:

Collier Enterprise Management, Inc.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

          Respectfully submitted,

          */s/ Thomas E. Scott*
          THOMAS E. SCOTT (FBN 149100)
          COLE, SCOTT & KISSANE P.A.
          9150 South Dadeland Blvd, Suite 1400
          Miami, Florida 33156
          (305) 350-5385

          *Attorneys for Defendant Parker J. Collier*

CERTIFICATE OF SERVICE

      I certify that on May 29, 2024, I filed the foregoing using the CM/EFC system, which will cause a notification to be served by email on all registered users, including counsel for Plaintiff Sonja Eddings Brown listed below:

Olga M. Viera, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133

Crystal Nix-Hines, Esq.
Viola Trebicka, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Brendan Carroll, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

                                                             /s/ *Thomas E. Scott*
                                                             Thomas E. Scott