UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| SONJA EDDINGS BROWN, | ) | |
| Plaintiff, | ) | Case No. 2:24-cv-369-JLB-NPM |
| | ) | |
| v. | ) | Judge John L. Badalamenti |
| | ) | Magistrate Judge Nicholas P. Mizell |
| PARKER J. COLLIER, | ) | |
| Defendants. | ) | Jury Trial Demanded |

## Unopposed Motion for Special Admission

Amanda N. Smith, Esquire, moves for special admission to represent defendant in this action.

1. I am not a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the District of Columbia.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

    N/A.

1

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

   > Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

   > I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted,

/s/ Amanda Smith

AMANDA N. SMITH

MCDERMOTT WILL & EMERY LLP

500 North Capitol Street, N.W.

Washington, D.C. 20001

(202) 756-8000

Attorney for Defendant Parker J. Collier

## Local Rule 3.01(g) Certification

Counsel for Defendant has conferred with the opposing party and represent the opposing party is unopposed to my special admission.

## Certificate of Service

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

/s/ *Thomas E. Scott*
Thomas E. Scott
Florida Bar No. 149100
Cole, Scott & Kissane, P.A.

Attorney for Defendant Parker J. Collier