# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**SONJA EDDINGS BROWN**,

    Plaintiff,

v.                                                                                   2:24-cv-369-JLB-NPM

**PARKER J. COLLIER**,

    Defendant.

---

## ORDER GRANTING SPECIAL ADMISSION

Before the court are unopposed motions for special admission of Brendan Carroll, Viola Trebicka, Crystal Nix-Hines, Michael S. Nadel, Amanda N. Smith, and Jennifer B. Routh. Having satisfied the requirements of Local Rule 2.01(c), the court finds Brendan Carroll, Viola Trebicka, and Crystal Nix-Hines may appear specially on behalf of plaintiff Sonja Eddings Brown, and Michael S. Nadel, Amanda N. Smith, and Jennifer B. Routh may appear specifically on behalf of defendant Parker J. Collier. Accordingly, the motions for special admission (Docs. 14, 15, 16, 18, 19, 20) are **GRANTED**.

Unless non-resident attorneys Carroll, Trebicka, Nix-Hines, Nadel, Smith, and Routh already have CM/ECF filing credentials for the Middle District of Florida, they shall submit an E-Filer Registration Form within fourteen days of the date of

this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

Counsel are reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e). By virtue of their special admission, attorneys Carroll, Trebicka, Nix-Hines, Nadel, Smith, and Routh are also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this order.

**ORDERED** on May 30, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge