# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| Sonja Eddings Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Parker J. Collier,<br><br>    Defendant. | Case No. 2:24-cv-00369-JLB-NPM |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff Sonja Eddings Brown ("Plaintiff") respectfully moves for an extension of time for Plaintiff to file her amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) such that Plaintiff may file her amended complaint as a matter of course by June 25, 2024. The Parties have conferred, and both support this motion.

Dated: June 13, 2024

/s/ *Olga M. Vieira*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Olga M. Vieira (Fla. Bar No. 29783)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
olgavieira@quinnemanuel.com

Crystal Nix-Hines (*pro hac vice*)
Viola Trebicka (*pro hac vice*)

1

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com
violatrebicka@quinnemanuel.com

Brendan Carroll (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
brendancarroll@quinnemanuel.com

Secondary:
michaelalvarez@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 13, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Olga M. Vieira*
Olga M. Vieira