UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Sonja Eddings Brown,<br><br>　　　Plaintiff,<br><br>v.<br><br>Parker J. Collier,<br><br>　　　Defendant. | Case No. 2:24-cv-00369-JLB-NPM |

**PLAINTIFF SONJA EDDINGS BROWN'S SUPPLEMENTAL NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(g)(3)**

Pursuant to Middle District of Florida Local Rule 3.01(g)(3), Plaintiff Sonja Eddings Brown ("Plaintiff") respectfully supplements her Motion to Seal the Complaint (ECF No. 5) (the "Motion to Seal") and Rule 3.01(g) Statement (ECF No. 9) as follows:

1.　On April 22, 2024, Plaintiff initiated the above-captioned action and filed a redacted version of the Complaint.  ECF No. 1.

2.　On April 23, 2024, Plaintiff filed the Motion to Seal and moved for leave to file an unredacted version of the Complaint under seal.  ECF No. 5. Plaintiff also requested that the Court determine that the confidentiality provision in a contract between Plaintiff and non-party Collier Enterprises Management Inc. is inapplicable to the filing of this action and order the seal to be lifted five business days after Plaintiff filed proof of service of the Complaint on Defendant.  *Id.* at 3.

1

3. On April 26, 2024, Plaintiff filed the Rule 3.01(g) Statement, which stated in relevant part that Plaintiff had yet to confer with Defendant regarding the Motion to Seal because Defendant "ha[d] not yet been served with the [C]omplaint or the [M]otion to [S]eal." ECF No. 9 at 1.

4. On May 1, 2024, the Court entered a text order directing Plaintiff to file an unredacted version of the Complaint under seal. ECF No. 10. The Court also advised that "all deadlines set forth in Local Rule 1.11(c) will begin to run from the [D]efendant's deadline to respond to the [C]omplaint." *Id.*

5. On May 6, 2024, Plaintiff filed the unredacted version of the Complaint under seal. ECF No. 12.

6. On May 28, 2024, before Plaintiff filed proof of service, Defendant appeared and filed an Answer to the Complaint. ECF No. 13.

7. On June 6, 2024, Plaintiff and Defendant agreed via email that the deadline for any party or non-party to file a memorandum supporting the continued sealing of the Complaint under Local Rule 1.11(c) would be June 11, 2023.

8. Now, in accordance with Local Rule 3.01(g)(3), Plaintiff certifies that she has conferred with Defendant's counsel and he responded on June 6, 2024 that Defendant does not intend to file any memorandum of law supporting or opposing the continued sealing of the Complaint.

9. On June 10, 2024, Defendant's counsel informed Plaintiff's counsel via email that non-party Collier Enterprises "also will not be filing anything" regarding the Motion to Seal.

10. Furthermore, as of the date of this Supplemental Notice, no party or non-party has filed any memorandum supporting the continued sealing of this action—and the deadline prescribed by the Court and agreed upon by Plaintiff and Defendant to do so has passed.  *See* ECF No. 10; M.D. Fla. Loc. R. 1.11(c).

11. Accordingly, the matter is now ripe for the Court's ruling.

12. Additionally, on June 25, 2024, Plaintiff plans to file an Amended Complaint.  Out of an abundance of caution, Plaintiff will also move to file an unredacted version of the Amended Complaint under seal—unless the Court lifts the seal of the Initial Complaint prior to filing.  Given that the same confidentiality provision is at issue in the Initial Complaint and forthcoming Amended Complaint, Plaintiff respectfully requests that the Court adjudicate both motions to seal together.

Respectfully submitted,

DATE: June 24, 2024                    */s/ Olga M. Vieira*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Olga M. Vieira (Fla. Bar No. 29783)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
olgavieira@quinnemanuel.com

3

Crystal Nix-Hines (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com
violatrebicka@quinnemanuel.com

Brendan Carroll (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
brendancarroll@quinnemanuel.com

Secondary:
michaelalvarez@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Olga M. Vieira*
Fla. Bar No. 29783