UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Sonja Eddings Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Parker J. Collier,<br><br>    Defendant. | Case No. 2:24-cv-00369-JLB-NPM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Shane Anthony Grannum of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance as counsel on behalf of Plaintiff Sonja Eddings Brown in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.

Pursuant to Local Rule 2.01 and the Court's Administrative Procedures for Electronic Filing, the undersigned certifies that he is a member in good standing of The Florida Bar and the Bar of the U.S. District Court for the Middle District of Florida, who is authorized to file documents and pleadings using the Court's electronic filing system.

Dated: July 29, 2024                    /s/ Shane Anthony Grannum

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Shane Anthony Grannum (FBN: 1055050)
Olga M. Vieira (FBN: 29783)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
olgavieira@quinnemanuel.com

Crystal Nix-Hines (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com
violatrebicka@quinnemanuel.com

Brendan Carroll (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
brendancarroll@quinnemanuel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 29, 2024, I filed the foregoing with the Court via its CM/ECF system, which generates notices of electronic filing on all counsel of record.

*/s/ Shane Anthony Grannum*
Fla. Bar No. 1055050
