# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

Sonja Eddings Brown,

    Plaintiff,

v.

Parker J. Collier,

    Defendant.

Case No. 2:24-cv-00369-JLB-NPM

## PLAINTIFF SONJA EDDINGS BROWN'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Florida Local Rule 3.03, Plaintiff Sonja Eddings Brown ("Plaintiff" or "Brown"), by and through undersigned counsel, hereby files this Disclosure Statement and makes the following disclosures:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ **No.**

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ **Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: Sonja Eddings Brown (individual and resident of Utah).**

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ **No.**

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ **No.**

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ **No.**

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ **No.**

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☒ **No.**

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.

☒ **Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.**

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ **Yes. These additional persons and entities have or might have an interest in the outcome of the action: The State of Florida, Florida Governor Ronald DeSantis, Miles Collier, Barron Collier II, Collier Enterprises Management Inc., Collier Enterprises, The Tarpon Blue Family of Companies.**

3

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒ **No.**

    ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒ **No.**

    ☐ Yes, and the debtor is [].

    ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒ **No.**

    ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒ **No, not that Plaintiff is aware of at this time**.

    ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒ **Yes.**

    ☐ No.

DATE: July 29, 2024

Respectfully submitted,

*/s/ Shane Anthony Grannum*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Olga M. Vieira (FBN: 29783)
Shane A. Grannum (FBN: 1055050)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
olgavieira@quinnemanuel.com
shanegrannum@quinnemanuel.com

Crystal Nix-Hines (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
crystalnixhines@quinnemanuel.com
violatrebicka@quinnemanuel.com

Brendan Carroll (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
brendancarroll@quinnemanuel.com

*Counsel for Plaintiff Sonja Eddings Brown*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this July 29, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Shane Anthony Grannum*
Fla. Bar No. 1055050