UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SONJA EDDINGS BROWN**,

    Plaintiff,

v.                                                             2:24-cv-369-JLB-NPM

**PARKER J. COLLIER**,

    Defendant.

| Judge: | Nicholas P. Mizell | **Counsel for Plaintiff** | Brendan Carroll<br>Crystal Nix-Hines<br>Shane Anthony Grannum |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Amanda N. Smith<br>Thomas E. Scott, Jr.<br>Jennifer Butler Routh<br>Michael S. Nadel |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | August 1, 2024<br>10:00 – 10:25 AM | **Total Time** | 25 minutes |

**Rule 16(b) Conference**

Court discussed case management, scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file Notice of selection of mediator. Court grants 2 weeks.

Oral motion for extension of time to file Notice of Related Action. Court grants 2 weeks.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and

the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.